DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JULIO RODRIGUEZ-VALDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>JULIO RODRIGUEZ-VALDEZ,<br><br>    *Defendant.* | No. 1:09-cr-0250 AWI<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE:  March 22, 2010<br>TIME:  9:00 A.M.<br>JUDGE:  Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 8, 2010, **may be continued to March 22, 2010 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court.  The parties are currently in plea negotiations and are hopeful of reaching a resolution soon.  However, defense counsel is currently in trial before Judge Wanger and will be unable to communicate to meet with client prior to the currently set scheduled court date.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

|   |   |   |   |
|---|---|---|---|
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: March 2, 2010 | | By: | /s/ Ian L. Garriques<br>IAN L. GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: March 2, 2010 | | By: | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>JULIO RODRIGUEZ-VALDEZ |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 2, 2010**           /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE